UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | | |
|---|---|---|
| JIM'S CAR WASH, <br> FREDDY DAVENPORT, <br> DALE DAVENPORT, <br>   Plaintiffs, <br><br> v. <br><br> CITY OF DALLAS et. al, <br>   Defendants. | § § § § § § § § § § | CASE NO:   3:21-cv-1746 <br><br><br><br><br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL

**COME NOW** Plaintiffs Dale Davenport and Freddy Davenport, doing business as Jim's Car Wash (corporately, "Plaintiffs") to dismiss all claims against Defendants Jeremy Scroggins, Estate of Carolyn Davis, Estate of Leo Chaney, Jr, and Diane Ragsdale (in her individual and official capacities). Service in the instant case has not been effected on any of the above Defendants.

Respectfully submitted,

NORRED LAW, PLLC
/s/ Warren V. Norred
Warren V. Norred, Texas Bar No. 24045094; wnorred@norredlaw.com
515 E. Border Street; Arlington, Texas 76010
Tel. (817) 704-3984; Fax. (817) 524-6686
Attorney for Plaintiffs


CERTIFICATE OF SERVICE - I certify that I served the above notice by the Court's ECF system to Defendants and all interested parties on October 13, 2021.

       /s/ Warren V. Norred
       Warren V. Norred